# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MOHAMMAD HAMMAD, and ) <br> LAILA ALI, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> VS. ) <br> ) <br> SAM'S EAST, INC. d/b/a SAM'S CLUB, ) <br> SAM'S WEST, INC., d/b/a SAM'S CLUB, ) <br> and WALMART, INC. d/b/a SAM'S CLUB ) <br> ) <br>     **Defendants.** ) | No. _____ <br> **JURY DEMAND (12 PERSON)** |

## NOTICE OF REMOVAL

Defendants hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Mohammad Hammad, and Laila Ali v. Sam's East, Inc. d/b/a Sam's Club, Sam's West, Inc., d/b/a Sam's Club, and Walmart, Inc. d/b/a Sam's Club, No. 78170 in the Circuit Court for Rutherford County, Tennessee.

This is a suit of wholly civil nature filed in Tennessee state court. The action is pending in the Circuit Court for Rutherford County, Tennessee. Under 28 U.S.C.A. §§ 123(a)(1) and 1441(a), the United States District Court for the Middle District of Tennessee, Nashville Division, is a proper forum for removal.

This Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. The amended complaint seeks damages "in the amount of $400,000.00 for compensatory damages". Plaintiffs are residents and citizens of Murfreesboro, Rutherford County, Tennessee.

Sam's East, Inc., is the entity that operated the store on the date of this Accident. Sam's West, Inc., d/b/a Sam's Club, and Walmart, Inc. d/b/a Sam's Club are not proper parties to this action. It is expected that Sam's East, Inc. will be substituted as the sole proper defendant in this matter.

Sam's East, Inc., an Arkansas corporation, is an indirectly wholly-owned subsidiary of Wal-Mart Stores, Inc., a Delaware corporation. Sam's West, Inc., an Arkansas corporation, is the sole shareholder of Sam's Club. The principal place of business for all entities mentioned is 702 SW 8th Street, Bentonville, Arkansas.

Defendants Sam's East, Inc. and Walmart Inc. were served with the summons and complaint on February 16, 2021. A copy of the summons and complaint are attached as collective Exhibit A. Defendants were served with the plaintiffs' amended complaint on December 7, 2021. A copy of the amended complaint is attached as Exhibit B. Fewer than thirty days have expired since the service of the amended complaint on defendants. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendants hereby give notice of the removal of this action pending in the Circuit Court for Rutherford County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, and request that the proceedings be held thereon.

/s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
ekern@howell-fisher.com
Attorneys for defendants

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was electronically filed with the Court and was served by U.S. Mail, postage prepaid, upon:

Jonathan L. Griffith, Esq.
Christopher N. Coyne, Esq.
GRIFFITH LAW, P.L.L.C.
256 Seaboard Lane, Suite E-106
Franklin, TN 37067
john@griffithinjurylaw.com
chris@griffithinjurylaw.com

      this the 17th day of December, 2021.

                         /s/ Elle G. Kern