# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MOHAMMAD HAMMAD, and <br> LAILA ALI, <br><br>     **Plaintiffs,** <br><br> V. <br><br> SAM'S EAST, INC. d/b/a SAM'S CLUB, <br> SAM'S WEST, INC. d/b/a SAM'S CLUB, <br> and WALMART INC. d/b/a SAM'S CLUB, <br><br>     **Defendants.** | No. 3:21-cv-00932 <br> Jury Demand (12 Person) |

## AGREED STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiffs and plaintiffs' counsel represent, by plaintiffs' counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, as well as, child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiffs from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that this matter is hereby dismissed with prejudice pursuant to

Fed. R. Civ. P. 41.

**IT IS SO ORDERED on this 27th day of October, 2022.**

_____
**WILLIAM L. CAMPBELL, JR.**

**APPROVED FOR ENTRY:**


/s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615) 244-3370
arowlett@howell-fisher.com
ekern@howell-fisher.com
Attorneys for Defendants


/s/ Joshua Cantrell (by Elle G. Kern with express permission)
Jonathan L. Griffith, No. 19405
Joshua Cantrell, No. 37483
GRIFFITH LAW, PLLC
256 Seaboard Lane, Suite E-106
Franklin, TN 37067
(615) 807-7900
john@griffithinjurylaw.com
josh@griffithinjurylaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served via the electronic filing system upon:

Jonathan L. Griffith
Joshua Cantrell
GRIFFITH LAW, PLLC
256 Seaboard Lane, Suite E-106
Franklin, TN 37067

this the 25th day of October, 2022.

/s/ Elle G. Kern